# U.S. District Court

Timothy Doyle Young

v.

Dept. of Justice

FILED IN CLERKS OFFICE
2021 MAY 21 PM 12: 31
U.S. DISTRICT COURT
DISTRICT OF MASS

## Habeas Corpus

#1.- I petition the Court for release from prison because my incarceration is in violation of the Constitution.

#2.- Habeas Corpus has been suspended in violation of Article I, §9 because of:

A.) Perjury by the DOJ in #14-cv-0073 (D.Colo.), docket #18.

B.) The Court's refusal to Rule on: a.) the Perjury by the DOJ; b.) the years of Obstruction by the DOJ; c.) etc.

C.) Criminal violations of 28 USC §351 – §364 and the JCD Rules.

#3.- 28 USC §1915(g)(imminent danger) and Erickson 551 US 89 have been

repealed in violation of the Separation of Powers doctrine because of:

A.) Perjury by the DOJ in #14-cv-0073 (D.Colo.); #19-5192 (D.C.Cir.); and #20-5005 (D.C.Cir.).

B.) The Court's refusal to Rule on the Perjury by the DOJ.

C.) The Court's refusal to comply with F.R.Civ.P. #5(d)(4) and the Constitution by filing my "Imminent Danger" complaint. Imminent Danger was acknowledged and I.F.P. was "Granted" in #20-5005 (D.C.Cir.) but the Court refused to file my complaint as requested, see id., "Petition" at Jan. 6, 2020 ("I petition the Court for an Order that forces the USDC (D.D.C.) to file my Imminent Danger complaint that shows a pattern and practice of medical Deliberate Indifference and the falsification of records to conceal the misconduct.").

D.) Fraud on the Court in #20-5005 (D.C.Cir.) because the Judges "rewrote" my Mandamus Petition, see Order at 9-28-2020 ("He has therefore obtained all of the relief he seeks in his mandamus petition.").

E.) Criminal violations of 28 USC §351 - §364 and the JCD Rules.

#4.- The DOJ (U.S. Attorney General, O.I.G., FBI, OPR, and HHS) has refused to do it's duty as required by 28 USC §591 et seq.; Article II, §3; Equal Protection Clause of the Fifth Amendment; etc.

#5.- Since 2006 the United States has been involved in censorship and a cover-up of Constitutional and Human Rights violations at the Federal Supermax Prison (USP-Max-ADX), e.g., see identical exhibits at:

a.) #21-cv-1455 (N.D.Cal.), or
b.) #21-cv-10226 (D.MA.), or
c.) #21-cv-908 (E.D.NY.), or
d.) #21-cv-690 (N.D.GA.).

#6.- I do not have an Administrative, State, and/or Federal remedy because of documented criminal conduct by numerous individuals in the Executive and Judicial Branches of the U.S. Government.

#7.- The Constitution, several U.S. Supreme Court decisions, and numerous federal statutes clearly state that the violations committed against me are illegal but I have been unable to gain access (Process served in accordance with §1915(d) and a decision on the merits) to any State

or Federal Court since 2004.

#8.- The Court's ex parte "voluntary cessation" arrangement with the DOJ has only enabled more violations and corruption within the BOP.

## Relief

#9.- I request that Habeas Corpus is restored by addressing the DOJ's Perjury and Obstruction of Justice in #14-cv-0073 (D.Colo.).

#10.- I request that 28 USC §1915(g) is restored. I have repeatedly demonstrated imminent danger and criminal conduct by DOJ employees which the Court acknowledged by "Granting" I.F.P. but I have never had meaningful access to any Court. Withholding complaints from the docket with rejection letters from the USDC Clerk are direct violations of F.R.Civ.P. #5(d)(4) and #83; 18 USC §2071 and §2076; Erickson, 551 US 89; and several aspects of the Constitution.

#11.- I request that the DOJ is Ordered to show cause why it should not be sanctioned for Obstruction of Justice and consistent Perjury in Court since 2006.

#12.- I request an Order forcing the U.S. Attorney General to comply with

the requirements of 28 USC §591 et seq. and Article II, §3 (Take-Care).

#13.- I request meaningful access to a Court for 15 years of violations and crimes committed against me in compliance with the Colorado and United States Constitutions or release from prison.

## Exhibits

#14.-
A.) "Ethics in Government Act" complaint dated Feb. 22, 2021.
B.) Letter from Warden dated Apr. 6, 2021.
C.) Judicial complaint #10-18-90006.
D.) FBI letter dated Sept. 11, 2012.
E.) Judicial complaint DC-20-90052/54.
F.) USA Today "Congress: US Prison Misconduct Regularly Covered Up" (Jan. 7, 2019), page 3A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
May 12, 2021

Timothy Doyle Young
60012-001
USP-Max-ADX
P.O. Box 8500
Florence, CO
81226